MORRIS & COMPANY, Respondent, *v.* THE SOUTHERN EXPRESS COMPANY, Appellant.

*Pleadings — separate causes of action should be separately stated and numbered.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office April 6, 1921, denying defendant's motion to compel service of an amended complaint separately stating and numbering causes of action.

PER CURIAM: As the complaint alleges different shipments from different points on different dates, each shipment must have been evidenced by a bill of lading under the Interstate Commerce Law and the Federal Bill of Lading Law,* and hence each shipment would be, under the contract, evidenced by the bill of lading and give rise to a separate cause of action. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance, Appellant, for an Order to Take Possession of the Property and Liquidate the Business of the CASUALTY COMPANY OF AMERICA. In the Matter of the Claim of CLAUDE M. BADGLEY, Respondent, Miscellaneous Claim No. 1.— Order affirmed with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MICHAEL MEADE, an Infant, by WINNIE MEADE, His Guardian ad Litem, Respondent, v. MOTOR HAULAGE Co., INC., Appellant, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $20,112.20; in which event the judgment as so modified and the order appealed from are affirmed, without costs, on the authority of *Charles* v. *Barrett* [*ante*, p. 584], handed down herewith. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

---

* See Interstate Commerce Act (24 U. S. Stat. at Large, 386), § 20, as amd. by 34 id. 593, 595, § 7; 38 id. 1196, 1197, chap. 176, and 39 id. 441, 442, chap. 301; Federal Bills of Lading Act, being 39 U. S. Stat. at Large, 538, chap. 415.— [REP.